IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN R. GAMMINO,<br>            Plaintiff,<br>v.<br><br>SPRINT COMMUNICATIONS CO. L.P., et al.,<br>            Defendants. | CIVIL NO. 10-2493 |

### ORDER

**AND NOW**, this 28th day of July 2011, it is hereby **ORDERED** that:

1) Upon consideration of Defendant's Motion for Partial-Summary Judgment [doc. no. 26], Plaintiff's Opposition [doc. no. 33], Defendant's Reply [doc. no. 42] and Plaintiff's Sur-reply [doc. no. 44], it is hereby **ORDERED** that Defendant's Motion for Partial-Summary Judgment is **GRANTED**; and

2) Upon consideration of Defendant's Motion for Summary Judgment [doc. no. 38], Plaintiff's Opposition [doc. no. 46], Defendant's Reply [doc. no. 49] and Plaintiff's Sur-reply [doc. no. 53], it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**; and

3) Upon consideration of Defendant's Motion for Sanctions [doc. no. 27], Plaintiff's Opposition [doc. no. 28], Defendant's Reply [doc. no. 36] and Plaintiff's Sur-reply [doc. no. 43], it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

It is **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

**HON. CYNTHIA M. RUFE**