IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN R. GAMMINO,<br>   Plaintiff,<br>v.<br><br>SPRINT COMMUNICATIONS COMPANY,<br>L.P., *et al.*,<br>   Defendants. | CIVIL ACTION<br><br>NO. 10-2493 |

## CLAIM CONSTRUCTION ORDER

**AND NOW**, this 2nd day of July 2013, upon consideration of the claim construction briefs and supplemental submissions filed by the parties as well as the exhibits and evidence submitted, including U.S. Patent No. 5,809,125, and after a technology tutorial and claim construction hearing, and for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED** that the following disputed claims are construed as follows:

**Selectively enabling, transmitting said dialing sequence,** and **transmits said dialing sequence mean** "establishing a phone call unless the phone call is an international, access code call."

**Means for receiving** means "decoder 120 in telephone 100, decoder/DTMF generator/tone converter 260 in interface unit 200, or DTMF detector 330 in personal computer 300."

**Means for evaluating** means "microprocessor 130 in telephone 100, or microcontroller 230 in interface unit 200."

**Means for transmitting** means "microprocessor 130, switch 150/150A, and telecom interface and tone generation 160 within telephone 100; and microcontroller 230, switch 240/240A, and decoder/DTMF generator/tone converter 260 in interface unit 200."

**Predetermined signals** [*or predetermined digit sequences or test signal value sequences*] **which are used to accomplish** [*or "for"*] **international dialing** means "the set of all sequences of digits which are used for international dialing."

**Irrespective of said second plurality or dialing signals** [or *said plurality of further*

*signal values* or *said second group of signal values*] means "without analyzing the content of said second plurality of dialing signals, said plurality of further signal values, or said second group of signal values."

**Telecommunications device** means "A telephone or telecommunications device as described in the specification as 'telecommunications device 100' depicted in Figures 1A and 1B and described at column 3, lines 13-21, or 'telecommunications device 210' depicted in Figures 2A, 2B, and 2C and described in column 6, lines 47-53."

**Telecommunications apparatus** means "a telephone or telecommunications device 100 or 210 and interface unit 160 or 200, located outside of an external network (or on the same side of a commercial telecommunications network)."

**Means for preventing** [and *at least partially preventing operation of*] means "in telecommunications device 100, either one or more of, microprocessor 130, switch 150/150a, and telecom interface and tone generation 160; or in interface unit 200, either one or more of, microcontroller 230, decoder/DTMF generator/tone converter 260, and switch 240, which prevents a phone call if the phone call is an international, access code call."

**Signal value means** "a dual-tone multi-frequency ("DTMF") analog signal transferred by hertz tones."

It is so **ORDERED.**

                                             **BY THE COURT:**

                                             **/s/ Cynthia M. Rufe**

                                             _____

                                             **CYNTHIA M. RUFE, J.**